**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE RICHARD J. DENNIS & CO.
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS



MASTER FILE NO.
88 CIV. 8928 (ORD)

### ORDER APPROVING THE FINAL DISTRIBUTION AND DIRECTING
### A *CY PRES* DISTRIBUTION OF ANY LEFTOVER RESIDUAL FUNDS

This Court, having considered Plaintiffs' Motion to Distribute Remaining Settlement
Funds and for an Order Directing a *Cy Pres* Distribution of any Leftover Residual Funds, and the
accompanying Declaration of Edward J. Sincavage In Support of Plaintiffs' Motion to Distribute
Remaining Settlement Funds and for an Order Directing a *Cy Pres* Distribution of any Leftover
Residual Funds (the "Sincavage Declaration"), having considered all of the submissions and
arguments with respect to the motion, and having ruled on the motion, ORDERS as follows:

1.     The Court finds that the proposed plan of distribution (the "Final Distribution"),
as set forth in the Sincavage Declaration, is fair and reasonable. The Court approves the Final
Distribution and orders that it be effected, and retains jurisdiction to supervise the
implementation and effectuation of the Final Distribution and this Order.

2.     The Clerk of the Court is authorized and directed to draw a check in the amount
of the funds (plus any accrued interest and after deducting from the investment the authorized fee
from the earned income, as authorized by the Judicial Conference and set by the Director of the
Administrative Office) held in a CRIS account for the above-captioned matter, under the case
name "Richard J. Dennis & Co. Lit. Set. Fund" and case number "DNYS188CV008928001."
The check should be made payable to: "RICHARD DENNIS SETTLEMENT FUND." The

check shall be mailed to Berger Montague PC, Attention: David Langer (*Richard Dennis Litig.*), 1818 Market Street, Suite 3600, Philadelphia, PA 19103. Plaintiffs' class counsel shall cause the check to be deposited into the "RICHARD DENNIS SETTLEMENT FUND" account at Huntington National Bank.

3. The Court approves the reimbursement of fees and expenses for implementing the Final Distribution to the Settlement Administrator, Heffler, Radetich & Saitta LLP ("Heffler"), in the amount of $21,699.70 from the Final Net Settlement Fund.

4. The Final Net Settlement Fund consists of $335,108.48. After subtracting $21,699.70 for the fees and expenses to the Settlement Administrator, there will remain $313,408.78 for distribution to Authorized Claimants.[1] The Court authorizes payment to Authorized Claimants from the amount remaining in the Final Net Settlement Fund, as set forth in the Sincavage Declaration.

5. Plaintiffs' class counsel are hereby authorized to distribute the remaining Final Net Settlement Fund in accordance with this Order and the findings, conclusions and determinations set forth in the Sincavage Declaration.

6. The Court directs that the distribution checks issued pursuant to this Final Distribution shall bear the notation "Void after 45 Days," and that no check shall be negotiated more than 90 days (three months) from the date of this Order. Checks that are not negotiated by the payee during this period will be void, and the accounts from which the funds would be drawn when a check is presented to a bank will be closed on the 91st day.

7. The Court directs that Plaintiffs' class counsel are authorized to distribute the

---

[1] The actual amount of the Final Net Settlement Fund may be adjusted due to any interest earned or fees incurred (such as those described in ¶ 2) between the submission of class counsel's motion and the date of this Order.

2

balance remaining in the Final Net Settlement Fund on the 91st day from the date of this Order to be divided evenly among the following charitable organizations: (i) Public Justice Foundation; (ii) Community Legal Services of Philadelphia ("CLS"); and (iii) the Institute of Law and Economic Policy.

8.      The Settlement Administrator may destroy all claim files within 300 days from the date of this Order.

9.      This Court reserves jurisdiction over any matters related to or ancillary to this Order.

Dated:   DEC 1 9 2019
New York, New York

SO ORDERED:

The Honorable George B. Daniels
U.S.D.J.